**Joseph WATKINS, Appellant,**

v.

**Anthony A. WILLIAMS, Mayor, DC, et al., Appellees.**

No. 02–5301.

United States Court of Appeals, District of Columbia Circuit.

April 29, 2003.

BEFORE: GINSBURG, Chief Judge, and HENDERSON and ROGERS, Circuit Judges.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. The court has determined that the issues presented occasion no need for an opinion. See Fed. R.App. P. 36; D.C.Cir. Rule 36(b). It is

ORDERED AND ADJUDGED that the district court's judgment of August 13, 2002, be affirmed. To succeed on his claims appellant would have to establish the invalidity of his sentence. Therefore, appellant's proper remedy would be a writ of habeas corpus. *See Heck v. Humphrey,* 512 U.S. 477, 486–87, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.

*See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.